UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.   3:22-CR-124 (JBA/TOF) |
| | : | |
| v. | : | |
| | : | June 16, 2022 |
| KEYANTE PAUL | : | |

### MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the Indictment filed in the above-captioned case as the defendant has been taken into custody.  Accordingly, there is no longer a basis for the continued sealing of this matter.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/Lauren C. Clark*
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv09365
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604